UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
----------------------------------------------------------------------X   16 CV 5468 (WJM)(MF)

JENNIFER TORRES,

          Plaintiff,                                             STIPULATION OF
                                                                        DISMISSAL
                - against -                                             **WITH PREJUDICE**

PLAZA HEALTHCARE & REHABILITATION CENTER,
LLC, and ZEV GLUCK, *Individually*,

          Defendants.
----------------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff and Defendants that the above-captioned matter is DISMISSED WITH PREJUDICE pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: New York, New York
         July 11, 2017

| LAW OFFICE OF<br>YURIY MOSHES, P.C. | MARGOLIS EDELSTEIN |
|---|---|
| /s/ Alex Umansky<br>Alex Umansky, Esq.<br>*Attorneys for Plaintiff*<br>322 West 48th Street, 6th FL<br>New York, NY 10036<br>(718) 504-6090 | /s/ Michael Miller<br>Michael R. Miller, Esq.<br>Attorneys for Defendants<br>The Curtis Center, Ste. 400E<br>170 S. Independence Mall W.<br>Philadelphia, PA 19106-3337<br>(215) 931-5808 |